IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASANDRA SIMON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-3472 |
| | : | |
| v. | : | |
| | : | |
| PETSMART DISTRIBUTION CENTER, PETSMART DISTRIBUTION, INC., PETSMART LLC, NAUMANN CONVEYOR COMPANY, INC., NAUMANN/HOBBS MATERIAL HANDLING, INC., and AXIOM, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 16th day of November, 2022, after considering Axiom, Inc.'s ("Axiom") notice of removal (Doc. No. 1), the plaintiff's motion to remand (Doc. No. 10), Axiom's response in opposition to the motion to remand (Doc. No. 19), Axiom's cross-motion to amend/correct the notice of removal (Doc. No. 20), PetSmart Distribution Center, PetSmart Distribution, Inc., and PetSmart LLC's (the "PetSmart Defendants") response in opposition to the motion to remand (Doc. No. 21), the plaintiff's reply to Axiom's and the PetSmart Defendants' responses in opposition to the motion to remand (Doc. No. 22), Hytrol Conveyor Company, Inc.'s response in opposition to the motion to remand (Doc. No. 23), and the oral argument presented at the initial pretrial conference held on October 20, 2022; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's motion to remand (Doc. No. 10) is **DENIED**; and

2. Axiom's cross-motion to amend/correct the notice of removal (Doc. No. 20) is **DENIED** as **MOOT**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.
